UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS DOMINGO DEL ORBE CASILDA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility<br>PATRICIA HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security<br><br>Respondents. | Civil Action No. 25-cv-12934 |

## INTRODUCTION

This is a petition for a writ of habeas corpus filed on behalf of Luis Domingo Del Orbe Casilda seeking relief to remedy his unlawful detention pursuant to 28 U.S.C. § 2241. Petitioner, Luis Domingo Del Orbe Casilda, a native and citizen of Dominican Republic. On October 2, 2025, ICE agents took Mr. Del Orbe Casilda into custody. Mr. Del Orbe Casilda is currently at Plymouth County Correctional Facility.

Accordingly, to vindicate Petitioner's statutory, constitutional and regulatory rights, this Court should grant the instant petition for a writ of habeas corpus. Petitioner asks this Court to find that he was unlawfully detained, and to order his release.

## CUSTODY

1.  Mr. Del Orbe Casilda is in the physical custody of Respondent, Antone Moniz, Superintendent of Plymouth County Correctional, as well as the legal custody of Patricia Hyde,

Field Office Director for Detention and Removal, Boston Field Office, U.S. Immigration and Customs Enforcement (ICE), the Department of Homeland Security (DHS), Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, and Kristi Noem, Secretary of the U.S. Department of Homeland Security. Upon information and belief his transfer out of the state is imminent and may occur as soon as today. Mr. Del Orbe Casilda is under the direct control of Respondents and their agents.

## JURISDICTION

2. This action arises under the Constitution of the United States, the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 et. seq., as amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub. L. No. 104-208, 110 Stat. 1570. This Court has jurisdiction under 28 U.S.C. 2241, art. I, § 9, cl. 2 of the United States Constitution ("Suspension Clause") and 28 U.S.C. § 1331, as Petitioner is presently in custody under color of authority of the United States and such custody is in violation of the U.S. Constitution, laws, or treaties of the United States. This Court may grant relief pursuant to 28 U.S.C. § 2241, and the All Writs Act, 28 U.S.C. § 1651.

## VENUE

3. Venue is proper in the District of Massachusetts because Petitioner is currently detained at Plymouth County Correctional Facility in Plymouth County, Massachusetts, under color of the authority of the United States, in violation of the Constitution, laws or treaties thereof. 28 U.S.C. §§ 1391, 2241.

## PARTIES

4. Petitioner Luis Domingo Del Orbe Casilda was detained by ICE on October 2, 2025. He remains in immigration custody Plymouth County Correctional Facility in Plymouth County,

2

Massachusetts.

5.      Respondent Antone Moniz is the Superintendent of the Plymouth County Correctional Facility and is petitioner's immediate custodian.

6.      Respondent Patricia Hyde is the Acting Field Office Director for ICE Enforcement and Removal Operations in ICE's Boston Field Office. She is one of Petitioner's legal custodian, and is sued in her official capacity.

7.      Respondent Todd Lyons is the Acting Director for U.S. Customs and Enforcement. He is one of Petitioner's legal custodians, and is sued in his official capacity.

8.      Respondent Kristi Noem is the Secretary of Homeland Security and is Petitioner's ultimate legal custodian. She is sued in her official capacity.

### EXHAUSTION OF ADMINSTRATIVE REMEDIES

9.      Mr. Del Orbe Casilda has exhausted his administrative remedies to the extent required by law.  Exhaustion is not required where (1) available remedies provide no genuine opportunity for adequate relief; (2) irreparable injury may occur without immediate judicial relief; (3) administrative appeal would be futile; and (4) in certain instances a plaintiff has raised a substantial constitutional question," *Howell v. INS*, 72 F. 3d 288, 291 (2d Cir. 1995). All four circumstances are present in this case. Further, Exhaustion may be excused if "the interest of the individual in retaining access to federal judicial forum [outweighs] countervailing institutional interests favoring exhaustion." *McCarthy v. Madigan*, 503 U.S. 140, 146 (1992).

10.     Petitioner has fully cooperated with Respondents and has not delayed or obstructed his detention.

11.     Mr. Del Orbe Casilda's only remedy is by way of this judicial action.

## STATEMENT OF FACTS

12. Petitioner is a national and citizen of Dominican Republic. He entered the United States on a visitor visa in 2016 and has been here since. He is married to U.S. citizen and has been working to obtain his Lawful Permanent Resident status in the United States.

13. On September 15, 2025, Mr. Del Orbe Casilda was arrested during a routine traffic stop due to a warrant for an open criminal case in Providence/Bristol County Superior Court that he had no knowledge of. His father filed a complaint on April 18, 2019, and a hearing was held on May 16, 2019, but Mr. Del Orbe Casilda was not notified.

14. On September 15, 2025, Mr. Del Orbe Casilda was arraigned on one count of Domestic Violence – Felony Assault and/or Battery under RI Statute § 11-5-2(b) and 12-29(a)(2) and one count of Domestic Violence Simple Assault and/or Battery 1st offense under RI statute 11-5-3(b) and 12-29(a)(1). He has pleaded not guilty to all charges.

15. On September 15, 2025, Mr. Del Orbe Casilda was granted pretrial release.

16. The criminal case is pending before the Providence/Bristol County Superior Court in Providence, Rhode Island. A pretrial hearing has been set for October 14, 2025.

17. On October 2, 2025, Mr. Del Orbe Casilda was arrested by ICE and taken into custody.

18. Petitioner has no criminal history aside from this incident. He poses no flight risk as he wishes to resolve open criminal case.

19. Upon information and belief, ICE intends to remove Petitioner from Massachusetts.

20. Without intervention of this Court, Petitioner may be removed from the Massachusetts where he would be unable to conclude his criminal proceedings or stay close to his support system.

## CLAIMS FOR RELIEF

21. The Government is holding Mr. Del Orbe Casilda in violation of the Due Process Clause

of the U.S. Constitution, the Immigration and Nationality Act, and federal regulations. The factual allegations listed above are incorporated into each of the causes of actions listed below.

### Count 1 - Due Process under the U.S. Constitution

22.     The allegations in the above paragraphs are realleged and incorporated herein.

23.     On information and belief, Petitioner is currently being arrested and detained by federal agents without cause and in violation of his constitution rights to due process of law.

24.     Due process protects a noncitizen's liberty interest in the adjudication of applications for relief and benefits made available under the immigration laws. See *Arevalo* v. *Ashcroft*, 344 F.3d 1, 15 (1st Cir. 2003) (recognizing protected interests in the "right to seek relief" even when there is no "right to the relief itself"). Petitioner is being detained without any determination that he poses a danger or flight risk, and despite having applications pending with USCIS for lawful permanent residency.

25.     Moreover, any efforts by ICE to remove Petitioner from the state would prevent him from resolving his criminal matter in the Providence/Bristol County Superior Court. The charges are serious and Mr. Del Orbe Casilda wants to mount a proper defense to the allegations against him. Inability to resolve the criminal issues will prejudice his ability to complete his application for legal residency and thus to be able to remain in the country with his wife.

### PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

1.     Assume jurisdiction over this matter;

2.     Enjoin Respondents from transferring the Petitioner outside the jurisdiction of the Boston Field Office pending the resolution of this case;

3.     Order the Respondents not to remove Petitioner from the Commonwealth of

Massachusetts.

4. Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately, or, in the alternative, ordering Respondents to provide Mr. Del Orbe Casilda with a constitutionally adequate, individualized hearing before an impartial adjudicator at which Respondents bear the burden of establishing that Petitioner's continued detention is justified;

5. Award Petitioner his costs and reasonable attorneys' fees in this action as provided for by the Equal Access to Justice Act, 28 U.S.C. § 2412, or other statute; and

6. Grant such further relief as the Court deems just and proper.

Respectfully submitted this 7th day of October 2025

/s/ Crystal Morillo
Crystal Morillo
BBO #698408
Corbaci Law, P.C.
10 Tower Office Park, Suite 620
Woburn, MA 01801
(781) 322-8000

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the Petition for Writ of Habeas Corpus was filed electronically and is available for viewing and downloading from the ECF system.

Respectfully Submitted,

/s/ Crystal Morillo
Crystal Morillo
MA. Bar No. 698408
Corbaci Law, P.C.
10 Tower Office Park, Suite 620
Woburn, MA 01801
Ofc.: (781) 322-8000
Fax.: (617) 902-2691
c.corbaci@corbacilaw.com

*Attorney for Plaintiff*